NO. 07-06-0355-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 20, 2006
_____

THERESE ANNE LADD,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 17,294-C; HON. PATRICK PIRTLE, PRESIDING
_____

***Order of Dismissal***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Therese Anne Ladd appealed the order deferring her adjudication of guilt and placing her on community supervision. The adjudication of her guilt was deferred on February 24, 2006. Her notice of appeal, however, was dated September 5, 2006, and received on September 7, 2006. Having waited over 180 days to file her notice, appellant's effort to perfect the appeal is untimely. *See* TEX. R. APP. P. 26.2(a) (stating that one has 30 to 90 days to perfect an appeal from an appealable order depending upon whether the

appellant moved for a new trial); *Manuel v. State*, 994 S.W.2d 658, 662 (Tex. Crim. App. 1999) (recognizing as appealable an order deferring the adjudication of guilt). Being untimely, we dismiss the cause for want of jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996).

Accordingly, appellant's appeal is dismissed.

Per Curiam

Do not publish.